IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CR-00239-RJC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| MICHAEL ARLINE | ) |
| | ) |

**THIS MATTER** is before the Court on the defendant's Motion for Early Termination of Supervised Release, (Doc. No. 2), to which the United States Probation Office expresses no opinion.

On October 29, 2004, a judge in the Middle District of Florida sentenced the defendant to one hundred fifty-one months' incarceration and five years' supervised release for conspiracy to possess with intent to distribute 50 grams or more of cocaine base. (Doc. No. 1: Judgment at 1-2). His sentence was subsequently reduced and this Court accepted jurisdiction over his supervision in August 2011. (Doc. No. 1: Order).

Title 18, United States Code, Section 3583(e)(1) allows courts to terminate supervised release after consideration of certain factors in § 3553(a) if warranted by the conduct of the defendant and the interest of justice. Here, the defendant reports steady employment, no use of drugs, and care for his minor son. These represent productive choices. However, given the defendant's prior criminal history, which includes numerous drug, weapon, and assault convictions, as well as probation violations, the Court finds that early termination is not in the interest of justice.

**IT IS, THEREFORE, ORDERED** that the defendant's request, (Doc. No. 2), is **DENIED.**

Signed: November 8, 2013

Robert J. Conrad, Jr.
United States District Judge